FILED
9/23/19 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Ernest J. Ruffin, ) | Case No. 19-23522-GLT |
|    Debtor, ) | Chapter 7 |
| ) | |
| Ernest J. Ruffin, ) | Related to Dkt. No. 9 |
|    Movant, ) | |
| ) | |
| vs. ) | |
| Jordan Tax Services, Rosemary C. Crawford, Trustee, ) | |
|    Respondents. ) | |

## ORDER OF COURT

AND NOW, on this  23rd  day of  September,  2019 upon consideration of the application of Ernest J. Ruffin, for Extension of Time to Complete Filing Requirements. It is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. The required documents shall be filed no later than September 30, 2019 No further extensions granted.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                             Case No. 19-23522-GLT
Ernest J. Ruffin                                                   Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 1         Date Rcvd: Sep 23, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db             +Ernest J. Ruffin,    1821 Universal Road,    Pittsburgh, PA 15235-3955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Franklin L. Robinson, Jr.    on behalf of Debtor Ernest J. Ruffin frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2016-5, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                             TOTAL: 5