IN THE UNITED STATES BANKRUPTCY COURT
For the WESTERN DISTRICT of PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re: ) | Chapter: 7 |
| ) | Case Number: 19-23522-GLT |
| Ernest J. Ruffin ) | |
| ) | REQUEST FOR SPECIAL NOTICE |
| Debtor. ) | [NO Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:
          Penn Hills School District

Creditor of the above-referenced Debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that Penn Hills School District be given and served with all notices given or required to be given in the case as follows:

          Penn Hills School District
          c/o Maiello, Brungo & Maiello, LLP - Tax Division
          100 Purity Road, Ste. 3
          Pittsburgh, PA  15235

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: September 23, 2019          Respectfully submitted,

                                    By:    */s/ Jennifer L. Cerce, Esquire*
                                             Attorney for Creditor
                                             PA I.D. #81157
                                             Maiello, Brungo & Maiello, LLP
                                             424 S. 27th Street, Ste. 210
                                             Pittsburgh, PA  15203
                                             (412) 242-4400
                                             jlc@mbm-law.net