## SERS Annuitant Information

| | |
|---|---|
| Name | ERNEST RUFFIN |
| Social Security Number | XXX-XX-2894 |
| Annuity Began | 06-23-2007 |
| Date of Birth | 01-15-1953 |

**Selected Retirement Payment Option**

Special Opt 2 w/Present Value Guarantee - Provides you with a lifetime monthly payment and upon your death, your designated survivor will receive a lifetime monthly payment equal to the monthly payment you had been receiving.

Following the death of your survivor, if the sum of all payments made to you and your survivor is less than the initial value of your SERS benefit at the time you retired, then the difference or "remaining present value" will be paid to your beneficiaries.

You cannot change this option selection or your designated survivor unless your survivor dies, or you get married or divorced. Contact your SERS retirement counselor at 1.800.633.5461 for more information.

The full terms of your retirement benefit are set forth in the Application for Annuity filed with SERS when you retired.

## Tax Information

Each year the IRS issues new income tax tables listing the amount of tax owed based on an individual's taxable income and filing status.

You may change the amount of money SERS withholds from your pension for federal income tax or choose not to have money withheld by submitting a completed *Annuitant Federal Income Tax Withholding (SERS-W4-P)* form or a *Withholding Certificate for Pension or Annuity Payments (IRS W-4P)*.

The W4-P form you currently have on file with SERS lists the following income tax filing status and withholding instructions:

| Filing Status | Allowances | Additional Amount | Fixed Amount |
|---|---|---|---|
| Married | 0 | $0.00 | $0.00 |

## Withholding and Deductions

This table lists the amounts withheld from your pension payments for income tax and deducted for health insurance or other reasons. The 2019 amounts are projected based on the 2019 IRS tax tables and your current instruction listed above.

| | 2018 Annual Amount | 2018 Monthly Amount | 2019 Monthly Amount |
|---|---|---|---|
| **Gross Pension Payment** | $15,559.92 | $1,296.66 | $1,296.66 |
| **Less Withholding and Deductions** | | | |
| Federal Income Tax Withholdings | $424.64 | $33.37 | $31.37 |
| Health Insurance Premiums | $530.04 | $44.17 | $44.17 |
| Other Authorized Amounts | $0.00 | $0.00 | $0.00 |
| **Net Pension Payment** | $14,605.24 | $1,219.12 | $1,221.12 |

**KELLY** KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

| Pay Group: | UNI | Business: | 0001YF |
|---|---|---|---|
| Pay Begin Date: | 08/26/19 | Check #: | 11148325 |
| Pay End Date: | 09/01/19 | Check Date: | 09/06/2019 |

Employee Service Center 1-866-535-5042

ERNEST RUFFIN
1821 UNIVERSAL RD
PITTSBURGH PA 15235

| ALT ID (XAN): | 15674160 |
| EMPLID: | 4001933261 |
| STATE EMPLOYER EIN: | 16521433 |
| FEDERAL EIN: | 473603953 |

TAX DATA

| | Federal | PA State |
|---|---|---|
| Marital Status | Married | M/A |
| Allowances | 2 | |
| Addl Amt | 0 | |
| Exempt | No | No |

**HOURS AND EARNINGS**

| Description | EarnRef Nbr | W/S Date | W/E Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|
| Straight Pay | 31Y0780009 | 08/26/19 | 09/01/19 | 130.00 | 4.00 | 520.00 |

Total: 520.00

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 13.15 | 555.81 |
| Fed MED/EE | 7.54 | 193.22 |
| Fed OASDI/EE | 32.24 | 826.92 |
| PA Unempt EE | | |
| PA Withholding | 15.96 | 407.32 |
| PA PENN HILLS TWP Withholding | 9.10 | 193.26 |
| PA SWISSVALE BORO Withholding | 0.00 | 89.96 |
| PA LS Tax | 0.00 | 11.00 |

Total: 78.30  2,027.30

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

**NON TAXABLE REIMBURSEMENTS**

| Description | Current |
|---|---|

Total: 0.00  0.00  Total: 0.00  0.00  Total: 0.00

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 4.00 | 520.00 | 520.00 | 78.30 | 0.00 | 441.70 |
| YTD | 106.00 | 13,357.54 | 13,357.54 | 2,027.80 | 0.00 | 11,329.74 |

**NET PAY DISTRIBUTION**

Checking 1671428116  441.70

Total: 441.70

19-23522

MESSAGE: For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5048). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities. See myKelly.com for more info.

**KELLY** KELLY SERVICES USA, LLC
SERVICES  STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 09/06/2019

CHECK NO.
11148325

Deposited
To The
Account of:

ERNEST RUFFIN
1821 UNIVERSAL RD
PITTSBURGH PA 15235

NON-Negotiable

DIRECT DEPOSIT ADVICE          THIS IS NOT A CHECK

412-363 1169 - Fax

2019-09-16 10:51    GE78    4122413391 >>    << 4123631169 P 1/1