Ruffin

ACBA Federal Credit Union
304 4Th Aveune
Pittsburgh, PA 15222

Ally Financial
PO Box 380901
Bloomington, MN 55438

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit One Bank
P. O Box 98872
Las Vegas, NV 89193

Dept of ED/ Navient
123 Justison Street
3RD Floor
Wilmington, DE 19801

Direct Loan Svc System
PO Box 5609
Greenville, TX 75403

Duquesne Light Company
Payment Processing Center
P.O. Box 67
Pittsburgh, PA 15267

First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107

Jordan Tax Services
437 Grant Street, 9th Floor
Pittsburgh, PA 15219

LVNV Funding LLC
C/O Resurgent Capital Service
P.O. Box 1269
Greenville, SC 29603

Medexpress Billing
P.O. Box 7965
Belfast, ME 04915

Midland Funding LLc
320 Easr Big Beaver
Troy, MI 48083

Nicholas Financial , Inc
2554 McMullen Booth Road
Building C, Suite501-B
Clearwater, FL 33759

NTL Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

People Gas
PO BOX 644760
Pittsburgh, PA 15264

Peoples
P.O. Box 644760
Pittsburgh, PA 15264

Pittsburgh Parking Court
P.O Box 640
Pittsburgh, PA 15230

Pittsburgh Water and Sewer Authority
C/O Jordan Tax Service, Inc
102 Rahway Road
McCurray, PA 15317

Rabinowitz & Ciesielka
517 Liberty Ave
Pittsburgh, PA 15224

UPMC
2 Hot Metal St
Room 386
Pittsburgh, PA 15203

Rosemary Crawford, Trustee
Crawford McDonald, LLC
Allison Park , PA 15101