PAWB FORM 30 (07/13)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.19-23522-GLT |
| Ernest J. Ruffin, | ) | |
|     Debtor(s), | ) | Chapter 7 |
| | ) | |
| | ) | Document No. |
| | ) | |
| Ernest J. Ruffin, | ) | |
|     Movant(s), | ) | Related to Document No. |
| | ) | |
| | ) | Hearing date and time: |
| | ) | |
| ACBA Federal Credit Union,Ally Financial,Credit Collection Services,Credit One Bank,Dept of ED/ Navient,Direct Loan Svc System,Duquesne Light Company,First Premier Bank,Jordan Tax Services, LVNV Funding LLCC/O Resurgent Capital Service, Medexpress Billing,Midland Funding LLC,Nicholas Financial , Inc,NTL Recovery Agency,People Gas, Peoples,Pittsburgh Parking Court,Pittsburgh Water and Sewer Authority,Rabinowitz & Ciesielka,UPMC, Rosemary Crawford, Trustee, | ) | |
|     Respondents. | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

    In accordance with Local Bankruptcy Rule 1007-1(f) I, Franklin L. Robinson, Jr. Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

                                                            RESPECTFULLY SUBMITTED,

<u>11/4/2019</u>                                                      <u>Franklin L. Robinson Jr. /s/</u>
DATE                                                          FRANKLIN L. ROBINSON, JR.
                                                                     5907 PENN AVENUE
                                                                     SUITE 200
                                                                     PITTSBURGH, PA 15206
                                                                     PA. ID. NO.  74464
                                                                     412-363-6685
                                                                     Frobi69704@aol.com

Ruffin

ACBA Federal Credit Union
304 4Th Aveune
Pittsburgh, PA 15222

Ally Financial
PO Box 380901
Bloomington, MN 55438

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit One Bank
P. O Box 98872
Las Vegas, NV 89193

Dept of ED/ Navient
123 Justison Street
3RD Floor
Wilmington, DE 19801

Direct Loan Svc System
PO Box 5609
Greenville, TX 75403

Duquesne Light Company
Payment Processing Center
P.O. Box 67
Pittsburgh, PA 15267

First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107

Jordan Tax Services
437 Grant Street, 9th Floor
Pittsburgh, PA 15219

LVNV Funding LLC
C/O Resurgent Capital Service
P.O. Box 1269
Greenville, SC 29603

Medexpress Billing
P.O. Box 7965
Belfast, ME 04915

Midland Funding LLc
320 Easr Big Beaver
Troy, MI 48083

Nicholas Financial , Inc
2554 McMullen Booth Road
Building C, Suite501-B
Clearwater, FL 33759

NTL Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

People Gas
PO BOX 644760
Pittsburgh, PA 15264

Peoples
P.O. Box 644760
Pittsburgh, PA 15264

Pittsburgh Parking Court
P.O Box 640
Pittsburgh, PA 15230

Pittsburgh Water and Sewer Authority
C/O Jordan Tax Service, Inc
102 Rahway Road
McCurray, PA 15317

Rabinowitz & Ciesielka
517 Liberty Ave
Pittsburgh, PA 15224

UPMC
2 Hot Metal St
Room 386
Pittsburgh, PA 15203

Rosemary Crawford, Trustee
Crawford McDonald, LLC
Allison Park , PA 15101