**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−23522−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Ernest J. Ruffin
   1821 Universal Road
   Pittsburgh, PA 15235

Social Security No.:
   xxx−xx−2894

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Franklin L. Robinson Jr.
5907 Penn Avenue, Suite 212
Pittsburgh, PA 15206
Telephone number: 412−363−6685

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number: 724−443−4757

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
December 23, 2019
03:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty
Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/27/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23522-GLT
Ernest J. Ruffin                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam           Page 1 of 2          Date Rcvd: Nov 27, 2019
                          Form ID: rsc         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db          +Ernest J. Ruffin,   1821 Universal Road,   Pittsburgh, PA 15235-3955
cr          +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,  Suite 3,
              Pittsburgh, PA 15235-4441
15132359    +ACBA Federal Credit Union,   304 4Th Aveune,   Pittsburgh, PA 15238
15132364    +Direct Loan Svc System,   PO Box 5609,   Greenville, TX 75403-5609
15132365    +Duquesne Light Company,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15267-0067
15132366    +First Premier Bank,   3820 N Louise Ave.,   Sioux Falls, SD 57107-0145
15118435    +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15132369    +Medexpress Billing,   P.O. Box 7965,   Belfast, ME 04915-7900
15132370     Midland Funding LLc,   320 Easr Big Beaver,   Troy, MI 48083
15132371    +Nicholas Financial , Inc,   2554 McMullen Booth Road,   Building C, Suite501-B,
              Clearwater, FL 33761-4150
15132373    +People Gas,   PO BOX 644760,   Pittsburgh, PA 15264-4760
15132374    +Peoples,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
15132375    +Pittsburgh Parking Court,   P.O Box 640,   Pittsburgh, PA 15230-0640
15132376    +Pittsburgh Water and Sewer Authority,   C/O Jordan Tax Service, Inc,   102 Rahway Road,
              McCurray, PA 15317-3349
15132377    +Rabinowitz & Ciesielka,   517 Liberty Ave,   Pittsburgh, PA 15222
15148237     UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 03:39:32     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
15132360    +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2019 03:37:30     Ally Financial,
              PO Box 380901,   Bloomington, MN 55438-0901
15132361    +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 28 2019 03:41:13
              Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
15132362    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 03:48:26     Credit One Bank,
              P. O Box 98872,   Las Vegas, NV 89193-8872
15132363    +E-mail/PDF: pa_dc_ed@navient.com Nov 28 2019 03:50:08     Dept of ED/ Navient,
              123 Justison Street,   3RD Floor,   Wilmington, DE 19801-5360
15155947    +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2019 03:41:04     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15132368    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 03:47:11     LVNV Funding LLC,
              C/O Resurgent Capital Service,   P.O. Box 1269,   Greenville, SC 29602-1269
15135540     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 03:47:11     LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15152353    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 03:39:57     Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
15132372    +E-mail/Text: Bankruptcies@nragroup.com Nov 28 2019 03:41:22     NTL Recovery Agency,
              2491 Paxton Street,   Harrisburg, PA 17111-1036
15132378    +E-mail/Text: BankruptcyNotice@upmc.edu Nov 28 2019 03:40:54     UPMC,   2 Hot Metal St,
              Room 386,   Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Towd Point Mortgage Trust 2016-5, U.S. Bank Nation
cr*         +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
15153999*   +ACBA Federal Credit Union,   304 4Th Aveune,   Pittsburgh, PA 15238
15154000*   +Ally Financial,   PO Box 380901,   Bloomington, MN 55438-0901
15154001*   +Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
15154002*   +Credit One Bank,   P. O Box 98872,   Las Vegas, NV 89193-8872
15154003*   +Dept of ED/ Navient,   123 Justison Street,   3RD Floor,   Wilmington, DE 19801-5360
15154004*   +Direct Loan Svc System,   PO Box 5609,   Greenville, TX 75403-5609
15154005*   +Duquesne Light Company,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15267-0067
15154006*   +First Premier Bank,   3820 N Louise Ave.,   Sioux Falls, SD 57107-0145
15132367*   +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15154007*   +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15154008*   +LVNV Funding LLC,   C/O Resurgent Capital Service,   P.O. Box 1269,   Greenville, SC 29602-1269
15154009*   +Medexpress Billing,   P.O. Box 7965,   Belfast, ME 04915-7900
15154010*    Midland Funding LLc,   320 Easr Big Beaver,   Troy, MI 48083
15154012*   +NTL Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
15154011*   +Nicholas Financial , Inc,   2554 McMullen Booth Road,   Building C, Suite501-B,
              Clearwater, FL 33761-4150
15154013*   +People Gas,   PO BOX 644760,   Pittsburgh, PA 15264-4760
15154014*   +Peoples,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
15154015*   +Pittsburgh Parking Court,   P.O Box 640,   Pittsburgh, PA 15230-0640
15154016*   +Pittsburgh Water and Sewer Authority,   C/O Jordan Tax Service, Inc,   102 Rahway Road,
              McCurray, PA 15317-3349
15154017*   +Rabinowitz & Ciesielka,   517 Liberty Ave,   Pittsburgh, PA 15222
15154018*   +UPMC,   2 Hot Metal St,   Room 386,   Pittsburgh, PA 15203-2348
```

```
District/off: 0315-2          User: dkam              Page 2 of 2             Date Rcvd: Nov 27, 2019
                              Form ID: rsc            Total Noticed: 27
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
                                                                            TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
```
          Franklin L. Robinson, Jr.    on behalf of Debtor Ernest J. Ruffin frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    Towd Point Mortgage Trust 2016-5, U.S. Bank National
           Association as Indenture Trustee bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rosemary C. Crawford     on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford     crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 7
```