Certificate Number: 15317-PAW-DE-033847305

Bankruptcy Case Number: 19-23522



15317-PAW-DE-033847305

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 18, 2019</u>, at <u>8:57</u> o'clock <u>AM PST</u>, <u>Ernest Ruffin</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 18, 2019</u>          By:    <u>/s/Eric Reyes</u>

                                                  Name:  <u>Eric Reyes</u>

                                                  Title:   <u>Certified Counselor</u>