Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ernest J. Ruffin**
   Debtor(s)

Bankruptcy Case No.: 19−23522−GLT
Related to Dkt. No. 30
Chapter: 7
Docket No.: 32 − 30

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: January 17, 2020

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 19-23522-GLT
Ernest J. Ruffin                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel               Page 1 of 2                Date Rcvd: Jan 17, 2020
                              Form ID: 302             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +Ernest J. Ruffin,   1821 Universal Road,   Pittsburgh, PA 15235-3955
cr             +City and School District of Pittsburgh,   GRB Law,   437 Grant Street 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr             +County of Allegheny,   GRB Law,   437 Grant Street 14th Floor,   Frick Building,
                 Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr             +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15132359       +ACBA Federal Credit Union,   304 4Th Aveune,   Pittsburgh, PA 15238
15170182       +City of Pittsburgh and SD of Pittsburgh,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15170184       +County of Allegheny,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219-6101
15132364       +Direct Loan Svc System,   PO Box 5609,   Greenville, TX 75403-5609
15132365       +Duquesne Light Company,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15267-0067
15118435       +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15132369       +Medexpress Billing,   P.O. Box 7965,   Belfast, ME 04915-7900
15132370        Midland Funding LLc,   320 Easr Big Beaver,   Troy, MI 48083
15132371       +Nicholas Financial , Inc,   2554 McMullen Booth Road,   Building C, Suite501-B,
                 Clearwater, FL 33761-4150
15132373       +People Gas,   PO BOX 644760,   Pittsburgh, PA 15264-4760
15132374       +Peoples,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
15132375       +Pittsburgh Parking Court,   P.O Box 640,   Pittsburgh, PA 15230-0640
15132376       +Pittsburgh Water and Sewer Authority,   C/O Jordan Tax Service, Inc,   102 Rahway Road,
                 McCurray, PA 15317-3349
15132377       +Rabinowitz & Ciesielka,   517 Liberty Ave,   Pittsburgh, PA 15222
15148237        UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Jan 18 2020 07:53:00      Rosemary C. Crawford,   Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
15132360       +EDI: GMACFS.COM Jan 18 2020 07:53:00      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
15132361       +EDI: CCS.COM Jan 18 2020 07:53:00      Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
15132362       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 18 2020 03:14:21      Credit One Bank,
                 P. O Box 98872,   Las Vegas, NV 89193-8872
15132363       +EDI: NAVIENTFKASMDOE.COM Jan 18 2020 07:53:00      Dept of ED/ Navient,   123 Justison Street,
                 3RD Floor,   Wilmington, DE 19801-5360
15155947       +E-mail/Text: kburkley@bernsteinlaw.com Jan 18 2020 03:18:25      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15132366       +EDI: AMINFOFP.COM Jan 18 2020 07:53:00      First Premier Bank,   3820 N Louise Ave.,
                 Sioux Falls, SD 57107-0145
15132368       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:15:58      LVNV Funding LLC,
                 C/O Resurgent Capital Service,   P.O. Box 1269,   Greenville, SC 29602-1269
15135540        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:15:07      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15152353       +EDI: MID8.COM Jan 18 2020 07:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
15132372       +E-mail/Text: Bankruptcies@nragroup.com Jan 18 2020 03:18:42      NTL Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
15132378       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 18 2020 03:18:23      UPMC,   2 Hot Metal St,
                 Room 386,   Pittsburgh, PA 15203-2348
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Towd Point Mortgage Trust 2016-5, U.S. Bank Nation
aty*           +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
15153999*      +ACBA Federal Credit Union,   304 4Th Aveune,   Pittsburgh, PA 15238
15154000*      +Ally Financial,   PO Box 380901,   Bloomington, MN 55438-0901
15154001*      +Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
15154002*      +Credit One Bank,   P. O Box 98872,   Las Vegas, NV 89193-8872
15154003*      +Dept of ED/ Navient,   123 Justison Street,   3RD Floor,   Wilmington, DE 19801-5360
15154004*      +Direct Loan Svc System,   PO Box 5609,   Greenville, TX 75403-5609
15154005*      +Duquesne Light Company,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15267-0067
15154006*      +First Premier Bank,   3820 N Louise Ave.,   Sioux Falls, SD 57107-0145
15132367*      +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15154007*      +Jordan Tax Services,   437 Grant Street, 9th Floor,   Pittsburgh, PA 15219-6101
15154008*      +LVNV Funding LLC,   C/O Resurgent Capital Service,   P.O. Box 1269,   Greenville, SC 29602-1269
15154009*      +Medexpress Billing,   P.O. Box 7965,   Belfast, ME 04915-7900
```

```
District/off: 0315-2         User: jhel                 Page 2 of 2               Date Rcvd: Jan 17, 2020
                             Form ID: 302               Total Noticed: 32


            ***** BYPASSED RECIPIENTS (continued) *****
15154010*        Midland Funding LLc,    320 Easr Big Beaver,    Troy, MI 48083
15154012*       +NTL Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
15154011*       +Nicholas Financial , Inc,    2554 McMullen Booth Road,    Building C, Suite501-B,
                  Clearwater, FL 33761-4150
15154013*       +People Gas,    PO BOX 644760,    Pittsburgh, PA 15264-4760
15154014*       +Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
15154015*       +Pittsburgh Parking Court,    P.O Box 640,    Pittsburgh, PA 15230-0640
15154016*       +Pittsburgh Water and Sewer Authority,    C/O Jordan Tax Service, Inc,   102 Rahway Road,
                  McCurray, PA 15317-3349
15154017*       +Rabinowitz & Ciesielka,    517 Liberty Ave,    Pittsburgh, PA 15222
15154018*       +UPMC,    2 Hot Metal St,    Room 386,    Pittsburgh, PA 15203-2348
                                                                                            TOTALS: 1, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
```
              Franklin L. Robinson, Jr.    on behalf of Debtor Ernest J. Ruffin frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Towd Point Mortgage Trust 2016-5, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```